```
 1  Christopher T. Holland (State Bar No. 164053)
    Anne E. Kearns (State Bar No. 183336)
 2  Kathy M. Sarria (State Bar No. 181322)
    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
 3  114 Sansome Street, Suite 400
    San Francisco, CA 94104
 4  Phone:     (415) 249-8330
    Fax:       (415) 249-8333
 5  Email:     cholland@kksrr.com

 6  Karen R. Thorland (Sate Bar No. 172092)
    Loeb & Loeb LLP
 7  10100 Santa Monica Blvd., Suite 2200
    Los Angeles, CA 90067
 8  Phone:     (310)282-2000
    Fax:       (310)282-2200
 9  Email:     kthorland@loeb.com

10  Attorneys for Plaintiffs

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION
```

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; NEW LINE PRODUCTIONS, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and LUCASFILM LTD., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DOES 1 - 48,<br><br>　　　　Defendants. | CASE NO. C-05-3922 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE
REQUEST
CASE NO. C-05-3922 SI

Upon Plaintiffs' Miscellaneous Administrative Request for Leave to Take Discovery Prior to Rule 26 Conference, the Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher Harshman and Plaintiffs' Request for Judicial Notice, and having considered the issues raised therein, including relevant privacy issues, it is hereby:

ORDERED that the Administrative Request of Plaintiffs for Leave to Take Discovery Prior to Rule 26 Conference is granted.

IT IS FURTHER ORDERED that Plaintiffs may serve immediate discovery on SBC Internet Services, Inc., or any other entity identified by SBC Internet Services, Inc. as providing network access or online services to one or more of the Doe Defendants, by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including the name, address, telephone number, email address, and Media Access Control addresses for each Defendant.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoenas may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: _____    _____
                                 United ... ge

GRANTED
Judge Susan Illston

[PROPOSED] ORDER GRANTING PLAINTIFFS...
CASE NO. ...